# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 12, 2023

*By the Court:*

| | |
|---|---|
| Nos. 23-2309 & 23-2467 | BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION,<br>    Plaintiff – Appellee/Cross – Appellant<br>v.<br><br>ENBRIDGE ENERGY COMPANY, INC. and ENBRIDGE ENERGY, L.P.,<br>    Defendants – Appellants/Cross – Appellees |
| | ENBRIDGE ENERGY COMPANY, INC. and ENBRIDGE ENERGY, L.P.,<br>    Counter Plaintiffs – Appellants/Cross – Appellees<br>v.<br><br>BAD RIVER BAND OF LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION and NAOMI TILLISON,<br>    Counter Defendants – Appellees/ Cross – Appellants |
| **Originating Case Information:** | |
| District Court No: 3:19-cv-00602-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley | |

    The court requests the United States to file a brief in this appeal as *amicus curiae* to address the effect of the Agreement Between the United States and Canada Concerning Transit Pipelines, 28 U.S.T. 7449 (1977), and any other issues that the United States believes to be material.

    Oral argument has been scheduled for February 8, 2024, and will not be deferred. But the court will consider withholding decision pending receipt of the brief, if it cannot be filed before argument but is in the process of preparation.

form name: **c7_Order_BTC**     (form ID: **178**)