

**U.S. Department of Justice**
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

Tel: 202-514-3425

Christopher G. Conway, Clerk of Court
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, Illinois 60604

February 7, 2024

RE: *Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River Reservation v. Enbridge Energy Company, Inc. and Enbridge Energy, L.P.*, No. 23-2309

*Enbridge Energy Company, Inc. and Enbridge Energy, L.P. v. Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River Reservation*, No. 23-2467

Dear Mr. Conway,

On December 12, 2023, the Court invited the United States to provide its views on the appeals referenced above. Since that date, a number of interested federal agencies and components of the Department of Justice have been consulting about the various issues raised by this case and the Court's invitation. On January 18, 2024, representatives of those government offices met with the parties to these appeals. Following those meetings, the government has received additional input from the parties and continued its internal consultations. More time is necessary for those consultations to be completed and for the Solicitor General to make a determination concerning the Court's invitation. *See* 28 C.F.R. § 0.20(c) (giving the Solicitor General responsibility for deciding whether the government will file an amicus curiae brief in any appellate court). The United States respectfully notifies the Court that it expects to be able to inform the Court whether it will submit an amicus curiae brief within 30 days of the date of this letter.

Sincerely,

| s/ *Amber Blaha* | s/ *Lewis S. Yelin* |
| Attorney | Senior Counsel |
|   Appellate Section |   Appellate Staff |
|   Environment and Natural Resources Division |   Civil Division |

cc:    counsel of record via ECF