

**U.S. Department of Justice**
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

Tel: 202-514-3425

Christopher G. Conway, Clerk of Court
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, Illinois 60604

March 8, 2024

RE: *Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River Reservation v. Enbridge Energy Company, Inc. and Enbridge Energy, L.P.*, No. 23-2309

*Enbridge Energy Company, Inc. and Enbridge Energy, L.P. v. Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River Reservation*, No. 23-2467

Dear Mr. Conway,

On December 12, 2023, the Court invited the United States to provide its views on the appeals referenced above. The United States respectfully notifies the Court that it intends to file a brief by April 8, 2024.

Sincerely,

*s/ Amber Blaha*       *s/ Lewis S. Yelin*
Attorney      Senior Counsel
  Appellate Section      Appellate Staff
    Environment and      Civil Division
    Natural Resources
    Division

cc: counsel of record via ECF