# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 30, 2026

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

|  |  |
|---|---|
| Nos. 23-2309 & 23-2467 | BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION,<br>    Plaintiff–Appellee, Cross–Appellant<br><br>v.<br><br>ENBRIDGE ENERGY COMPANY, INC. and ENBRIDGE ENERGY, L.P.,<br>    Defendants–Appellants, Cross–Appellees<br>_____<br><br>ENBRIDGE ENERGY COMPANY, INC. and ENBRIDGE ENERGY, L.P.,<br>    Counter–Plaintiffs, Appellants/Cross–Appellees,<br><br>v.<br><br>BAD RIVER BAND OF LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION, and NAOMI TILLISON,<br>    Counter–Defendants, Appellees/Cross–Appellants |

**Originating Case Information:**

District Court No: 3:19-cv-00602-wmc
Western District of Wisconsin
District Judge William M. Conley

We **AFFIRM** the district court's award of summary judgment for the Band on its trespass and unjust enrichment claims and on Enbridge's breach-of-contract counterclaim. We also **AFFIRM** the availability of restitution and a permanent injunction as remedies for the trespass claim. We **VACATE**, however, the restitution award and injunctive relief that the district court imposed and **REMAND** for further proceedings consistent with the opinion. Finally, we **REVERSE** the district court's judgment for the Band on its public nuisance claim and **VACATE** the resulting injunction. The above is in accordance with the decision of this court entered on this date. Each party bears its own costs.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)