UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION, *et al.*, | Nos. 23-2309, 23-2467 |
| Appellees/Cross-Appellants, | |
| v. | |
| ENBRIDGE ENERGY COMPANY, INC., *et al.*, | |
| Appellants/Cross-Appellees. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING AND REHEARING *EN BANC***

Appellants/Cross Appellees ("Enbridge") respectfully move this Court for a 30-day extension of time, to and including August 31, 2026, within which to file any petition seeking rehearing and rehearing *en banc* in these consolidated appeals.

1.    On July 30, 2026, the Court issued a 52-page decision in these consolidated appeals and entered the judgment.  Under Federal Rules of Appellate Procedure 40(d)(1), any petition for rehearing must

1

be filed within fourteen days after entry of judgment unless the time is enlarged by order. Therefore, unless the time is extended here, Enbridge's deadline to file a petition is August 13, 2026.

2.      In its opinion, the Court affirmed the district court's ruling that Enbridge is in trespass on twelve allotted parcels belonging to the Band but vacated and remanded parts of the trespass remedy. The Court also reversed the district court's judgment on the Band's nuisance claim. As the panel acknowledged, these cases raise difficult and important legal issues for the parties, with the United States, Canada, and other groups paying close attention. (Op. 1.)

3.      Given the length of the panel's opinion and the complexity of the issues, the 14-day default period under the rules is simply not sufficient time for Enbridge to undertake the rigorous internal review and consultation needed in this case. Enbridge seeks sufficient time to consult and coordinate with outside counsel, as well as stakeholders affected by the decision including the United States and Canada. Following such review and consultation, if Enbridge decides to file any rehearing petition, the preparation of any such petition will involve collaboration among a number of attorneys representing the company

2

and affected stakeholders. This collaboration will require additional time to complete.

4. An extension of time is also warranted in light of appellate counsel's other obligations, which include several briefs in other cases and previously scheduled international travel. Enbridge notified counsel for Appellees that it intends to seek a 30-day extension of the due date for seeking rehearing. Appellees' counsel kindly responded that their clients do not object to this extension motion.

5. Enbridge appreciates the significant time and resources the Court has already devoted to these appeals. Enbridge does not seek to unduly delay these proceedings but merely to secure sufficient time to consider the next steps. An extension is also in line with the amount of time that is provided by default in appeals involving the federal government. *See* Fed. R. App. P. 40(d)(1).

Accordingly, Enbridge respectfully requests a 30-day extension of time, to and including August 31, 2026, in which to file any rehearing petition.

Dated:  August 6, 2026

Respectfully submitted,

　s/   Alice E Loughran　　　.
Alice E. Loughran
STEPTOE LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone:  (202) 429-3000
aloughran@steptoe.com

Joseph S. Diedrich
HUSCH BLACKWELL LLP
33 E. Main St., Suite 300
Madison, WI 53703
(608) 255-4440
joseph.diedrich@huschblackwell.
com

Michael C. Davis
David L. Feinberg
VENABLE LLP
600 Massachusetts Ave. NW
Washington, DC 20001
mcdavis@venable.com

Attorneys for Appellants/Cross
Appellees

4

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

|  |  |
|---|---|
| BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION, *et al.*,<br><br>    Appellees/Cross-Appellants,<br><br>    v.<br><br>ENBRIDGE ENERGY COMPANY, INC., *et al.*,<br><br>    Appellants/Cross-Appellees. | Nos. 23-2309, 23-2467 |

**DECLARATION OF ALICE E. LOUGHRAN**

I, Alice E. Loughran, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner of the firm Steptoe LLP, counsel for Appellants/Cross Appellees ("Enbridge") in these appeals. I submit this declaration in support of Enbridge's Unopposed Motion for Extension of Time to File Petition for Rehearing and Rehearing En Banc.

2. On July 30, 2026, the Court issued a 52-page decision in these consolidated appeals and entered the judgment. Unless the time

1

is extended here, Enbridge's deadline to file a petition is August 13, 2026.

3.     Given the length of the panel's opinion and the complexity of the issues, the 14-day default period under the rules is simply not sufficient time for Enbridge to undertake the rigorous internal review and consultation needed in this case. Enbridge seeks sufficient time to consult and coordinate with outside counsel, as well as stakeholders affected by the decision including the United States and Canada. Following such review and consultation, if Enbridge decides to file any rehearing petition, the preparation of any such petition will involve collaboration among a number of attorneys representing the company and affected stakeholders. This collaboration will require additional time to complete.

4.     An extension of time is also warranted in light of other obligations of Enbridge's appellate counsel. For example, the undersigned has an opening brief due on August 7, 2026 and an opposition brief due on August 19, 2026 (both in California state court), as well as international travel scheduled this month.

5.     On August 6, 2026, I notified counsel for Appellees that

2

Enbridge intends to seek a 30-day extension of the due date for seeking rehearing. Appellees' counsel, Riyaz Kanji, kindly responded that their clients do not object to this 30-day extension request.

5.    Enbridge does not seek to unduly delay these proceedings but merely to secure sufficient time to consider the next steps.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   August 6, 2026

/s/   Alice E. Loughran

Alice E. Loughran
STEPTOE LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone:  (202) 429-6202
Facsimile:  (202) 429-3902
aloughran@steptoe.com

3

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing motion and declaration to be filed with the Clerk of the United States Court of Appeals for the Seventh Circuit via the CM/ECF system and served a copy on all counsel of record, this 6th of August 2026, by the CM/ECF system.

/s/   Alice E. Loughran
Alice E. Loughran