# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 10, 2026

*Before*
MICHAEL Y. SCUDDER, *Circuit Judge*

| Nos. 23-2309 & 23-2467 | BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION, Plaintiff-Appellee, Cross-Appellant  v.  ENBRIDGE ENERGY COMPANY, INC. and ENBRIDGE ENERGY, L.P., Defendants-Appellants, Cross-Appellees  ——————————————————————————————  ENBRIDGE ENERGY COMPANY, INC. and ENBRIDGE ENERGY, L.P., Counter-Plaintiffs, Appellants/Cross-Appellees  v.  BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION, Counter-Defendants, Appellees/Cross-Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:19-cv-00602-wmc Western District of Wisconsin District Judge William M. Conley | |

The following are before the court:

1. **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING AND REHEARING EN BANC**, filed on August 6, 2026, by counsel for appellants/cross-appellees.

2. **ENBRIDGE'S SUPPLEMENT TO UNOPPOSED EXTENSION MOTION TO FILE PETITION FOR REHEARING AND REHEARING EN BANC**, filed on August 10, 2026, by counsel for the appellants/cross-appellees.

**IT IS ORDERED** that the motion is **GRANTED**. The petition for rehearing, if any, is due by September 14, 2026.

form name: **c7_Order_3J**   (form ID: **177**)