# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 12, 2026

*Before*
MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| Nos. 23-2309 & 23-2467 | BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION,<br>Plaintiff-Appellee, Cross-Appellant<br>v.<br><br>ENBRIDGE ENERGY COMPANY, INC. and ENBRIDGE ENERGY, L.P.,<br>Defendants-Appellants, Cross-Appellees<br>———<br>ENBRIDGE ENERGY COMPANY, INC. and ENBRIDGE ENERGY, L.P.,<br>Counter-Plaintiffs, Appellants/Cross-Appellees<br>v.<br><br>BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION, and NAOMI TILLISON,<br>Counter-Defendants, Appellees/Cross-Appellants |
| **Originating Case Information:** | |
| District Court No: 3:19-cv-00602-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley | |

Upon consideration of the **BAD RIVER BAND'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING AND REHEARING EN BANC**, filed on August 11, 2026, by counsel for the appellees/cross-appellants,

**IT IS ORDERED** that the motion is **GRANTED**. The petition for rehearing, if any, is due by September 14, 2026.