# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 30, 2026

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

Nos. 23-2309 and 23-2467

BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION,
*Plaintiff-Appellee*, *Cross-Appellant*,

*v.*

ENBRIDGE ENERGY COMPANY, INC. and ENBRIDGE ENERGY, L.P.,
*Defendants-Appellants, Cross-Appellees*.

---

ENBRIDGE ENERGY COMPANY, INC. and ENBRIDGE ENERGY, L.P.,
*Counter-Plaintiffs, Appellants/Cross-Appellees,*

*v.*

BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION, and NAOMI TILLISON,
*Counter-Defendants, Appellees/Cross-Appellants*.

Appeals from the United States District Court for the Western District of Wisconsin.

No. 3:19-cv-00602-wmc

William M. Conley,
*Judge.*

**O R D E R**

On consideration of the petition for rehearing filed by the Appellants on September 14, 2026, all members of the original panel have voted to deny the petition for rehearing.

Accordingly, the petition for rehearing is hereby DENIED.